**THE HONORABLE Brian D. Lynch**
**CHAPTER 13**
**HEARING DATE: March 22, 2017**
**HEARING TIME: 1:30 p.m.**
**LOCATION: Tacoma, Washington**
**RESPONSE DATE: March 15, 2017**

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| In Re: ) | Case No. 16-44866-BDL |
| ) | |
| TIMOTHY ROBERT PATTERSON and ) | NOTICE AND APPLICATION FOR |
| YVONNE MARIE PATTERSON, ) | ESTATE TO PAY ADMINISTRATIVE |
| ) | EXPENSE PURSUANT TO 11 USC |
| Debtors. ) | §503(b) AND APPOINT APPRAISER |

## **NOTICE**

**YOU ARE HEREBY NOTIFIED** that the undersigned will bring on for hearing the Application for Estate to Pay Administrative Expense Pursuant to 11 USC §503(b) and Appoint Appraiser pursuant to 11 USC §327in the above-captioned case before the Bankruptcy Judge of the above entitled Court, located at the Union Station, 1717 Pacific Avenue, Tacoma, Washington, 98402, Courtroom I, on **March 22, 2017 at 1:30 p.m**.

**IF YOU OPPOSE** the motion, you must file your written response with the court clerk, serve two copies on the judge's chambers and deliver copies on the undersigned and all interested parties, NOT LATER THAN THE RESPONSE DATE, which is **March 15, 2017.** If you

Michael G. Malaier
Chapter 13 Trustee
1551 Broadway, Suite 600
Tacoma, WA 98402
(253) 572-6600

Michael G. Malaier
Chapter 13 Trustee
1551 Broadway, Suite 600
Tacoma, WA 98402
(253) 572-6600

Notice and Application for Estate to Pay
Administrative – Page 1

fail to do so, the Court may enter an order granting the motion without any hearing and without any further notice to you.

## **APPLICATION**

**COMES NOW** the Trustee, Michael G. Malaier, moves the Court, pursuant to 11 USC §503(b), to allow the estate to pay the administrative expense in the amount of $1,200.00 to Deena Allotta of Allotta & Associates Appraisal Service, representing the cost of the Appraisal of the Debtor's residence, pursuant to Invoice filed herewith, marked as Exhibit A. Deena Allotta was appointed as appraiser for the estate by Order Appointing Appraiser entered on the 6th day of January, 2017, ECF docket number 22.

**WHEREFORE**, the Trustee requests an order be entered authorizing payment of the appraisal fee of $1,200.00 as an administrative expense of the bankruptcy estate, and allowing the Trustee to disburse said fee preconfirmation.

**DATED** this 14th day of February, 2017.

_____
Samuel J. Dart, WSBA #47871
Attorney for
MICHAEL G. MALAIER
Chapter13 Trustee

Michael G. Malaier
Chapter 13 Trustee
1551 Broadway, Suite 600
Tacoma, WA 98402
(253) 572-6600

Notice and Application for Estate to Pay
Administrative – Page 2

# CERTIFICATE OF MAILING

I declare under penalty of perjury under the laws of the State of Washington that I mailed via regular mail a true and correct copy of the Notice and Application for Estate to Pay Administrative Expense with Proposed Order to all creditors listed on the attached mailing matrix and to the following:

| | |
|---|---|
| Timothy Robert Patterson<br>Yvonne Marie Patterson<br>P.O. Box 777<br>Eatonville, WA  98328 | Ellen Ann Brown<br>Brown & Seelye<br>744 S. Fawcett Ave.<br>Tacoma, WA  98402 |

Allotta Appraisal Service
P.O. Box 64981
University Place, WA  98464-0981

The following parties were noticed via ECF:

• Ellen Ann Brown
•U.S. Trustee

Executed at Tacoma, Washington on the 14th day of February, 2017.

/s/ Tracy Maher
TRACY MAHER

Michael G. Malaier
Chapter 13 Trustee
1551 Broadway, Suite 600
Tacoma, WA  98402
(253) 572-6600

Notice and Application for Estate to Pay
Administrative  – Page 3